# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EUVONDA NICOLE WILLIAMS**                                                   **PLAINTIFF**

v.                            No. 4:10CV00055-JLH-BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 22nd day of February, 2011.

_J. Leon Holmes_
UNITED STATES DISTRICT JUDGE