**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EUVONDA NICOLE WILLIAMS**                                                                        **PLAINTIFF**

v.                              No. 4:10CV00055-JLH-BD

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE